**No. 09-1087. Willis W. David, Jr., Petitioner v. Jacqueline M. David.**

559 U.S. 1093, 130 S. Ct. 2384, 176 L. Ed. 2d 768, 2010 U.S. LEXIS 3656.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 354 Mont. 44, 221 P.3d 1209.